Daniel Cotman (CSBN 218315)
**COTMAN IP LAW GROUP, PLC**
117 E. Colorado Boulevard, Suite 460
Pasadena, CA 91105
(626) 405-1413/FAX (626) 628-0404
Dan@CotmanIP.com

Attorneys for Defendant
GCH, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCH, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IGROW LLC, a California limited liability company; and Dharminder Mann, an individual,<br><br>Defendants. | Case No.: 3:10-cv-01832-SC<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**STATUS CONFERENCE**<br>Date: August 6, 2010<br>Time: 10:00 a.m. |

Plaintiff, GCH, Inc., hereby substitutes Daniel C. Cotman of Cotman IP Law Group, PLC, State Bar No. 218315, who is retained counsel, 117 E. Colorado Blvd., Suite 460, Pasadena, California 91105, Telephone No. 626-405-1413, Facsimile No. 626-628-0404, as attorney of record in the place and stead of Gary M. Anderson and Scott R. Hansen of Fulwider Patton LLP.

DATED: July 29, 2010

GCH, Inc.

By_____
Jessica Weiss, President

1
SUBSTITUTION OF ATTORNEY

1  I have been given proper notice and further consent to the above substitution.

2  Dated: July 29, 2010                    FULWIDER PATTON LLP

4                                          By: /s/ Gary M. Anderson
5                                          Gary M. Anderson
                                           Present Attorney for Plaintiff GCH, Inc.

6  I am duly admitted to practice in this District pursuant to Local Rule 11-1.

8  Dated: July 29, 2010                    COTMAN IP LAW GROUP, PLC

10                                         By: /s/ Daniel C. Cotman
                                           Daniel C. Cotman
11                                         New Attorney for Plaintiff GCH, Inc.

13  Substitution of Attorney is hereby _____.

15  Dated: August 2, 2010

IT IS SO ORDERED
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Cotman IP Law Group, PLC, 117 E. Colorado Blvd., Suite 460, Pasadena, California 91105. On July 30, 2010 I served the within documents:

**SUBSTITUTION OF ATTORNEY**

I certify that on July 30, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record:

Gary M. Anderson (ganderson@fulpat.com)
Scott R. Hansen (shansen@fulpat.com)
Fulwider Patton LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, CA  90045

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2010 at Pasadena, California.

*/s/ Elaine Cruz*
Elaine Cruz