1  Daniel Cotman (CSBN 218315)
2  **COTMAN IP LAW GROUP, PLC**
   117 E. Colorado Boulevard, Suite 460
3  Pasadena, CA  91105
   (626) 405-1413/FAX (626) 628-0404
4  **Dan@CotmanIP.com**
5
   Attorneys for Defendant
6  GCH, Inc.
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10
11  GCH, INC., a California corporation,      )  Case No.: 3:10-cv-01832-SC
                                              )
12            Plaintiff,                      )
                                              )
13       vs.                                  )  **AMENDED NOTICE OF MOTION**
                                              )  **AND MOTION FOR ENTRY OF**
14                                            )  **DEFAULT JUDGMENT AGAINST**
15  IGROW LLC, a California limited           )  **DEFENDANTS IGROW, LLC AND**
    liability company; and Dharminder         )  **DHARMINDER MANN AND FOR**
16  Mann, an individual,                      )  **PERMANENT INJUNCTION,**
                                              )  **ATTORNEY'S FEES AND COSTS**
17                                            )
18            Defendants.                     )
                                              )  Date:    February 11, 2011
19                                            )  Time:    10:00 a.m.
                                              )  Place:   Courtoom 1
20                                            )            Judge Samuel Conti
21                                            )
                                              )
22                                            )  Complaint Filed: 04/23/2010
23                                            )  Trial Date:  None Set
                                              )  Discovery Cut-Off:  None Set
24                                            )
25                                            )
                                              )
26  _____      )
27
28

_____
Notice of Motion and Motion for Entry of          1
Default Judgment

**TO JUDGE SAMUEL CONTI AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that on February 11, 2011 at 10:00 a.m. in Courtroom 1 located on the 17th Floor of the United States District Court, Northern District of California - San Francisco Courthouse, Plaintiff, GHC, Inc., through its attorney of record, will move and hereby moves the above-entitled Court for a default judgment against Defendants IGROW, LLC and Dharminder Mann, jointly and severally, and for a permanent injunction, statutory damages, monetary and exemplary damages, and attorney's fees and costs, or as soon thereafter as this matter may be heard.

The grounds for this motion are that Defendants IGROW, LLC and Dharminder Mann each failed to answer or otherwise respond to the Complaint, that a default was entered by the clerk against IGROW, LLC and Dharminder Mann on September 30, 2010, and a default judgment against IGROW, LLC and Dharminder Mann on all causes of action in Plaintiff's Complaint is warranted under Fed.R.Civ.P. Rule 55(b).

This motion is supported by this Amended Notice, the Memorandum of Points and Authorities accompanying the original Notice, the Declaration of Daniel C. Cotman, Exhibits to Declaration of Daniel C. Cotman, eclaration of Aaron Berkowitz, and the proposed Judgment and Permanent Injunction, and such other and further evidence as the court may consider at any hearing on this motion.

Dated: January 3, 2011                    Respectfully submitted,

                                          /DANIELCCOTMAN/

                                          _____
                                          Daniel C. Cotman
                                          Cotman IP Law Group, PLC
                                          Attorney for Plaintiff GCH, INC.

Notice of Motion and Motion for Entry of          2
Default Judgment

**CERTIFICATE OF SERVICE**

I hereby certify that I am over the agent of 18 and am an employee of Cotman IP Law Group, PLC. On January 3, 2011, a true and correct copy of the foregoing AMENDED NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS IGROW, LLC AND DHARMINDER MANN AND FOR PERMANENT INJUNCTION, ATTORNEY'S FEES AND COSTS was served upon Defendant, by placing a true and correct copy thereof in a sealed envelope and depositing said envelope with First Class postage fully prepaid in the United States mail addressed as follows:

> IGROW LLC
> 70 Hegenberger Loop
> Oakland, California  94601
>
> Dharminder Mann
> 70 Hegenberger Loop
> Oakland, California  94601

Dated:  January 3, 2011

Elaine Cruz

Notice of Motion and Motion for Entry of
Default Judgment

3