UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| | | |
|---|---|---|
| C-10-1832 | Samuel Conti | DATE March 4, 2011 |
| Case Number | Judge | Time 3 minutes |

Title: GCH, INC.                vs Igrow LLC, et al.

Attorneys:   DANIEL COTMAN        STEPHEN DAVIS - Mr. Davis made his appearance prior to the beginning of law and motion but was not present in the courtroom when the case was called

Deputy Clerk: T. De Martini    Court Reporter: Sahar Bartlett

Court  Pltf's  Deft's
(  )   (XXX)   (  )   1. Motion for Default Judgment - Submitted

(  )   (  )    (  )   2.

(  )   (  )    (  )   3.

(  )   (  )    (  )   4.

(  )   (  )    (  )   5.

(   )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_____

ORDERED AFTER HEARING:_____

cc: