Daniel Cotman (CSBN 218315)
**COTMAN IP LAW GROUP, PLC**
117 E. Colorado Boulevard, Suite 460
Pasadena, CA 91105
(626) 405-1413/FAX (626) 628-0404
**Dan@CotmanIP.com**
**Attorneys for Plaintiff**
**GCH, Inc.**

Steven L. Davis (CSBN 149817)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, CA 95826
(916) 362-9000/FAX (916) 362-9066
**sdavis@davisandleonard.com**
**Attorneys for Defendants IGROW, LLC**
**and DHARMINDER MANN**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GCH, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IGROW LLC, a California limited liability company; and Dharminder Mann, an individual,<br><br>Defendants. | Case No.: 3:10-cv-01832-SC<br>Hon. Samuel Conti<br><br>**STIPULATION TO DISMISS DEFENDANTS IGROW, LLC AND DHARMINDER MANN WITH PREJUDICE**<br><br>Complaint Filed: April 28, 2010<br>Trial Date: None Set<br>Discovery Cut-Off: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff GCH, Inc. ("Plaintiff") and Defendants Dharminder Mann and iGrow, LLC (jointly "Defendants") ("the Parties") make and file this Stipulation of Dismissal with Prejudice. The Parties hereby give notice to the Court of the dismissal of all claims of trademark infringement, false designation of origin and dilution, unfair competition, cybersquatting, and false advertising asserted in this action by Plaintiff against Defendants. Defendants have answered. Their consent to this stipulation under Federal Rule of Civil Procedure 41 makes this stipulation effective to dismiss all of Plaintiff's claims against Defendants in this action, with prejudice.

**SO STIPULATED:**

Dated: May 7, 2012

COTMAN IP LAW GROUP, PLC

By s/Daniel C. Cotman

Daniel C. Cotman, Counsel for Plaintiff GCH, INC.

Dated: May 7, 2012

DAVIS & LEONARD, LLP

By [signature]

Stephen L. Davis, Counsel for Defendants DHARMINDER MANN, and IGROW, LLC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Cotman IP Law Group, PLC, 117 E. Colorado Blvd., Suite 460, Pasadena, California 91105. On May 9, 2012, I served the **STIPULATION TO DISMISS DEFENDANTS IGROW, LLC AND DHARMINDER MANN WITH PREJUDICE** on all counsel of record by electronically filing the document with the Clerk of the Court using the CM/ECF system.

Executed on May 9, 2012 at Pasadena, California.

s/Daniel C. Cotman

______________________________

Daniel C. Cotman

Daniel Cotman (CSBN 218315)
**COTMAN IP LAW GROUP, PLC**
117 E. Colorado Boulevard, Suite 460
Pasadena, CA 91105
(626) 405-1413/FAX (626) 628-0404
Dan@CotmanIP.com
**Attorneys for Plaintiff**
**GCH, Inc.**

Steven L. Davis (CSBN 149817)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, CA 95826
(916) 362-9000/FAX (916) 362-9066
sdavis@davisandleonard.com
**Attorneys for Defendants IGROW, LLC and DHARMINDER MANN**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GCH, INC., a California corporation,

Plaintiff,

vs.

IGROW LLC, a California limited liability company; and Dharminder Mann, an individual,

Defendants.

Case No.: 3:10-cv-01832-SC
Hon. Samuel Conti

**~~[PROPOSED]~~ ORDER DISMISSING DEFENDANTS IGROW, LLC AND DHARMINDER MANN WITH PREJUDICE**

Complaint Filed: April 28, 2010
Trial Date: None Set
Discovery Cut-Off: None Set

Case3:10-cv-01832-SC Document56 Filed05/10/12 Page5 of 6

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

In consideration of Plaintiff GCH, Inc.'s ("Plaintiff") and Defendants', Dharminder Mann and iGrow, LLC ("Defendants"), Stipulation of Dismissal With Prejudice of all claims of Plaintiff against Defendants in the present action, it is hereby ORDERED, ADJUDGED, AND DECREED that all claims of trademark infringement, false designation of origin and dilution, unfair competition, cybersquatting, and false advertising asserted in this action by Plaintiff are hereby dismissed with prejudice.

Dated: 5/10/12

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

Hono[...]ti
Unite[...]udge

[PROPOSED] ORDER DISMISSING DEFENDANTS

3

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Cotman IP Law Group, PLC, 117 E. Colorado Blvd., Suite 460, Pasadena, California 91105. On May 9, 2012, I served the **[PROPOSED] ORDER DISMISSING DEFENDANTS IGROW, LLC AND DHARMINDER MANN WITH PREJUDICE** on all counsel of record by electronically filing the document with the Clerk of the Court using the CM/ECF system.

Executed on May 9, 2012 at Pasadena, California.

s/Daniel C. Cotman

Daniel C. Cotman