Daniel Cotman (CSBN 218315)
**COTMAN IP LAW GROUP, PLC**
117 E. Colorado Boulevard, Suite 460
Pasadena, CA  91105
(626) 405-1413/FAX (626) 628-0404
**Dan@CotmanIP.com**
**Attorneys for Plaintiff**
**GCH, Inc.**

Steven L. Davis (CSBN 149817)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, CA  95826
(916) 362-9000/FAX (916) 362-9066
**sdavis@davisandleonard.com**
**Attorneys for Defendants IGROW, LLC**
**and DHARMINDER MANN**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCH, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>IGROW LLC, a California limited liability company; and Dharminder Mann, an individual,<br><br>    Defendants. | Case No.: 3:10-cv-01832-SC<br>Hon. Samuel Conti<br><br>**STIPULATION TO DISMISS DEFENDANTS IGROW, LLC AND DHARMINDER MANN WITH PREJUDICE**<br><br>Complaint Filed: April 28, 2010<br>Trial Date:  None Set<br>Discovery Cut-Off:  None Set |

STIPULATION TO DISMISS DEFENDANTS
WITH PREJUDICE                                                     2

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff GCH, Inc. ("Plaintiff") and Defendants Dharminder Mann and iGrow, LLC (jointly "Defendants") ("the Parties") make and file this Stipulation of Dismissal with Prejudice. The Parties hereby give notice to the Court of the dismissal of all claims of trademark infringement, false designation of origin and dilution, unfair competition; cybersquatting, and false advertising asserted in this action by Plaintiff against Defendants. Defendants have answered. Their consent to this stipulation under Federal Rule of Civil Procedure 41 makes this stipulation effective to dismiss all of Plaintiff's claims against Defendants in this action, with prejudice.

**SO STIPULATED:**

Dated: May 7, 2012                                COTMAN IP LAW GROUP, PLC

By  s/Daniel C. Cotman
    Daniel C. Cotman, Counsel for
    Plaintiff GCH, INC.

Dated: May 7, 2012                                DAVIS & LEONARD, LLP

By  [signature]
    Stephen L. Davis, Counsel for
    Defendants DHARMINDER
    MANN, and IGROW, LLC

## CERTIFICATE OF SERVICE

I am a resident of the State of California, I am over the age of 18 years, and I am not a party to this lawsuit.  My business address is Cotman IP Law Group, PLC, 117 E. Colorado Blvd., Suite 460, Pasadena, California  91105.  On May 9, 2012, I served the **STIPULATION TO DISMISS DEFENDANTS IGROW, LLC AND DHARMINDER MANN WITH PREJUDICE** on all counsel of record by electronically filing the document with the Clerk of the Court using the CM/ECF system.

Executed on May 9, 2012 at Pasadena, California.

s/Daniel C. Cotman

_____

Daniel C. Cotman

STIPULATION TO DISMISS DEFENDANTS WITH PREJUDICE    4

1  Daniel Cotman (CSBN 218315)
   **COTMAN IP LAW GROUP, PLC**
2  117 E. Colorado Boulevard, Suite 460
3  Pasadena, CA  91105
   (626) 405-1413/FAX (626) 628-0404
4  Dan@CotmanIP.com
   **Attorneys for Plaintiff**
5  **GCH, Inc.**

6

7  Steven L. Davis (CSBN 149817)
   DAVIS & LEONARD, LLP
8  8880 Cal Center Drive, Suite 180
   Sacramento, CA  95826
9  (916) 362-9000/FAX (916) 362-9066
10 sdavis@davisandleonard.com
   **Attorneys for Defendants IGROW, LLC**
11 **and DHARMINDER MANN**

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| GCH, INC., a California corporation, | Case No.: 3:10-cv-01832-SC |
|  | Hon. Samuel Conti |
| Plaintiff, |  |
|  | **[PROPOSED] ORDER DISMISSING DEFENDANTS IGROW, LLC AND DHARMINDER MANN WITH PREJUDICE** |
| vs. |  |
| IGROW LLC, a California limited liability company; and Dharminder Mann, an individual, | Complaint Filed: April 28, 2010 |
|  | Trial Date:  None Set |
|  | Discovery Cut-Off:  None Set |
| Defendants. |  |

[PROPOSED] ORDER DISMISSING DEFENDANTS

2

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

In consideration of Plaintiff GCH, Inc.'s ("Plaintiff") and Defendants', Dharminder Mann and iGrow, LLC ("Defendants"), Stipulation of Dismissal With Prejudice of all claims of Plaintiff against Defendants in the present action, it is hereby ORDERED, ADJUDGED, AND DECREED that all claims of trademark infringement, false designation of origin and dilution, unfair competition, cybersquatting, and false advertising asserted in this action by Plaintiff are hereby dismissed with prejudice.

Dated: 5/10/12    _____

Honorable Samuel Conti
United States District Judge



IT IS SO ORDERED
Judge Samuel Conti

[PROPOSED] ORDER DISMISSING DEFENDANTS                3

# CERTIFICATE OF SERVICE

I am a resident of the State of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Cotman IP Law Group, PLC, 117 E. Colorado Blvd., Suite 460, Pasadena, California 91105. On May 9, 2012, I served the **[PROPOSED] ORDER DISMISSING DEFENDANTS IGROW, LLC AND DHARMINDER MANN WITH PREJUDICE** on all counsel of record by electronically filing the document with the Clerk of the Court using the CM/ECF system.

Executed on May 9, 2012 at Pasadena, California.

s/Daniel C. Cotman

_____
Daniel C. Cotman